IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA


RICHARD E. SUTTON,                     )
                                       )
    Plaintiff,                         )
                                       )
    v.                                 )          1:03CV00897
                                       )
CREE, INC.,                            )
                                       )
    Defendant.                         )


<u>JUDGMENT</u>


OSTEEN, District Judge


    For the reasons stated in the memorandum opinion filed this same day,

    IT IS ORDERED that Plaintiff's Motion for Leave to File Out of Time [27] is GRANTED.

    IT IS FURTHER ORDERED AND ADJUDGED that Defendant's Motion for Summary Judgment [16] is GRANTED.

    This the 22nd day of June 2005.



_____
United States District Judge